JUDGE BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 10369**

CHRISTOPHER BRIDGES p/k/a LUDACRIS, et al.

Plaintiff,

-v-

TEEVEE TOONS, INC. et al.

Defendant.

Case No. _____

Rule 7.1 Statement
NOV 15 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Fast Pace, Inc. (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** 11/15/07

*Christine Lepera*
**Signature of Attorney**

**Attorney Bar Code:** CL 9311

Form Rule7_1.pdf  SDNY Web 10/2007