

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
CHRISTOPHER BRIDGES p/k/a LUDACRIS,
USHER RAYMOND IV, et al.,

        Plaintiffs,

        -against-

TEEVEE TOONS INC., TVT RECORDS LLC,
TEEVEETOONS INC., d/b/a TVT RECORDS, et al.,

        Defendants.
----------------------------------------------------X

AFFIDAVIT OF SERVICE
07 CV 10369

STATE OF NEW YORK    )
        S.S.:
COUNTY OF ALBANY    )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is an employee of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 26TH day of December, 2007, at approximately the time of 12:15P.M., deponent served a copy of the SUMMONS AND COMPLAINT AND CIVIL COVER SHEET AND RULE 7.1 STATEMENT AND JUDGES' RULES upon TEEVEE TOONS INC., c/o Registered Agent, Corporation Service Company, 80 State Street, Albany, New York, by personally delivering and leaving the same with CATHERINE KRIEGER-JEWELL who informed deponent that she holds the position of SERVICE OF PROCESS REPRESENTATIVE with that department and is authorized by appointment to receive service at that address.

        CATHERINE KRIEGER-JEWELL is a white female, approximately 43 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 110 pounds with brown hair and wears glasses.

_____
DEBORAH LaPOINTE

Sworn to before me this
26TH day of December, 2007

_____
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com