**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
CHRISTOPHER BRIDGES p/k/a LUDACRIS,
USHER RAYMOND IV, et al.,

       Plaintiffs,

  -against-

TEEVEE TOONS INC., TVT RECORDS LLC,
TEEVEETOONS INC., d/b/a TVT RECORDS, et al.,

       Defendants.
-------------------------------------------------X

AFFIDAVIT OF SERVICE
07 CV 10369

STATE OF NEW YORK    )
                       S.S.:
COUNTY OF ALBANY    )

      DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is an employee of the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 26TH day of December, 2007, at approximately the time of 12:15P.M., deponent served a copy of the SUMMONS AND COMPLAINT AND CIVIL COVER SHEET AND RULE 7.1 STATEMENT AND JUDGES' RULES upon TVT MUSIC INC., d/b/a TVT MUSIC PUBLISHING, c/o Registered Agent, Corporation Service Company, 80 State Street, Albany, New York, by personally delivering and leaving the same with CATHERINE KRIEGER-JEWELL who informed deponent that she holds the position of SERVICE OF PROCESS REPRESENTATIVE with that department and is authorized by appointment to receive service at that address.

      CATHERINE KRIEGER-JEWELL is a white female, approximately 43 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 110 pounds with brown hair and wears glasses.

DEBORAH LaPOINTE
Sworn to before me this
26TH day of December, 2007

NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com