UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER BRIDGES p/k/a LUDACRIS, USHER RAYMOND IV p/k/a USHER, DISTURBING THA PEACE ENTERTAINMENT, INC., and FAST PACE, INC.

        Plaintiffs,

- against –

TEEVEE TOONS INC., TVT RECORDS LLC, TEEVEE TOONS INC. d/b/a TVT RECORDS, TVT MUSIC INC d/b/a TVT MUSIC PUBLISHING, BME ENTERPRISES LLC, BME RECORDINGS LLC, and JONATHAN SMITH p/k/a LIL JON

        Defendants.

Case No. 07 CV 10369

**CERTIFICATE OF SERVICE**

  I, Robert N. Potter, hereby certify that on Wednesday, January 30, 2008, a true and correct copy of a Summons, dated November 15, 2007, and the Complaint, dated November 15, 2007, in the above-captioned proceeding, were served upon **BME Recordings, LLC**, in accordance with the Federal Rules of Civil Procedure and the Official Code of Georgia, by making substitute service upon:

      Georgia Secretary of State
      Corporations Division
      Suite 315, West Tower
      2 Martin Luther King Jr. Dr.
      Atlanta, Georgia 30334-1530

  The Georgia Secretary of State filed these documents on January 30, 2008, as evidenced by the attached Certificate of Filing (Exhibit 1). Substitute service was made on the Secretary of

State only after repeated efforts were made to serve BME Recordings, LLC at the addresses on file with the Secretary of State's Corporations Divisions. Such efforts were unsuccessful. (*See* Exhibits 2 and 3).

Dated: February 5, 2008
      New York, New York

                                  SONNENSCHEIN NATH & ROSENTHAL LLP

                                  By: _____
                                       Robert N. Potter (RP5757)

                                       1221 Avenue of the Americas
                                       New York, New York 10020
                                       Phone: (212) 768-6700

**Secretary of State**

Corporations Division

Suite 315, West Tower

2 Martin Luther King Jr. Dr.

Atlanta, Georgia 30334-1530

DATE FILED : JANUARY 30, 2008
DOCKET NUMBER : 080300003
LOCATION : U.S. DISTRICT COURT SOUTHERN DIST
FEE : $10.00

**FILING PERSON:**

CHRISTINE LEPERA, ESQ.
1221 AVE OF THE AMERICAS
NEW YORK, NY 10020

## CERTIFICATE OF FILING

I, **Karen C. Handel,** the Secretary of State of the State of Georgia, do hereby certify under the seal of my office that copies of attached documents regarding service of process have been filed on the date set forth above concerning the following:

**B.M.E. RECORDINGS, LLC**
**U.S. DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**
**CA# 07CV10369**

Said documents are filed with the Secretary Of State under the docket number referred to above and may be produced for inspection or certification.

KAREN C. HANDEL
Secretary of State

JAN.22.2008 14:36  212-941-0896          DLS INC                    #1103 P.003

 **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CHRISTOPHER BRIDGES p/k/a LUDACRIS, USHER
RAYMOND IV p/k/a USHER, DISTURBING THA PEACE
ENTERTAINMENT, INC., and FAST PACE, INC.,

          Plaintiffs,                              Case No. 07 CV 10369
                                                                    (Judge Batts)
    -against-

TEEVEE TOONS INC., et al.,                                          AFFIDAVIT OF
                                                                    ATTEMPTED SERVICE
          Defendants.
----------------------------------------X
STATE OF GEORGIA    )
                    ) S.S.
COUNTY OF FULTON    )

        NICK MALLAS, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 15th day of January, 2008, at approximately 4:15pm, deponent attempted to serve a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; RULE 7.1 STATEMENT; CIVIL COVER SHEET; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONICS CASE OR APPEAL; AND INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS upon BMF RECORDINGS LLC c/o Robert McDowell at 133 Peachtree Street, NE, Suite 4030, Atlanta, GA but it is the office for TSG Financial, LLC. Deponent asked for Robert McDowell and BMF, but they have never heard of the two.

D.L.S., Inc.
01 Broadway
te 510
Y, NY 10013
12-925-1220
www.dlsny.com

JAN.22.2008 14:58 212-941-0255    DLS INC    #0002 P.006

 **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

That on the 16th day of January, 2008, at approximately 2:54pm, deponent attempted to serve a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; RULE 7.1 STATEMENT; CIVIL COVER SHEET; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONICS CASE OR APPEAL; AND INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS upon BMF RECORDINGS, LLC c/o Robert McDowell at 191 Peachtree Street, Suite 3300, Atlanta, GA, but BMG Recordings LLC was not located at that address.

NICK MALLAS

Sworn to before me this
23rd day of January, 2008

NOTARY PUBLIC

(Notary Seal: ADRIENNE LEWIS, NOTARY PUBLIC, GEORGIA, DEKALB COUNTY, EXPIRES OCT 25 2010)

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

  **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTOPHER BRIDGES p/k/a LUDACRIS, USHER
RAYMOND IV p/k/a USHER, DISTURBING THA PEACE
ENTERTAINMENT, INC., and FAST PACE, INC.,

        Plaintiffs,

-against-

TEEVEE TOONS INC., et al.,

        Defendants.
-----------------------------------------------------------------X

Case No. 07 CV 10369
(Judge Batts)

AFFIDAVIT OF
ATTEMPTED SERVICE

STATE OF GEORGIA   )
      S.S.
COUNTY OF FULTON   )

_Jerry Robinson_, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 22nd day of January, 2008, at approximately 3:10pm, deponent attempted to serve a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; RULE 7.1 STATEMENT; CIVIL COVER SHEET; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONICS CASE OR APPEAL; AND INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS upon BME RECORDINGS LLC c/o Robert McDowell at 936 Harwell Street, Atlanta, GA, but this address is a vacant lot.

_____
PROCESS SERVER

Sworn to before me this
23rd day of January, 2008

_____
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com