UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
CHRISTOPHER BRIDGES p/k/a LUDACRIS,
USHER RAYMOND IV p/k/a USHER,                    Case No. 07 CV 10369
DISTURBING THA PEACE ENTERTAINMENT,
INC., and FAST PACE INC.
                    Plaintiffs,        AFFIDAVIT OF SERVICE

   - against -

TEEVEE TOONS INC., TVT RECORDS LLC,
TEEVEE TOONS INC. d/b/a TVT RECORDS, TVT
MUSIC INC. d/b/a TVT MUSIC PUBLISHING, BME
ENTERPRISES LLC, BME RECORDINGS LLC, and
JONATHAN SMITH p/k/a LIL JON
------------------------------------------------------------------ x

STATE OF NEW YORK   )
                        ) ss.:
COUNTY OF NEW YORK)

       LORI VALLAT, being duly sworn, deposes and says:

       1.     I am over 18 years of age and am employed by Sonnenschein Nath & Rosenthal LLP and am not a party to this action.

       2.     On February 26, 2008, I served true copies of a Summons, dated November 15, 2007, a Complaint, dated November 15, 2007, a Rule 7.1 Statement dated November 15, 2007, for Fast Pace, Inc., a Rule 7.1 Statement for Disturbing Tha Peace Entertainment, Inc., a Civil Cover sheet dated November 15, 2007, the Individual Practices of Judge Deborah A. Batts, the Third Amended Instructions for Filing an Electronic Case or Appeal, Guidelines for Electronic Case Filing and a Georgia Certificate of Filing by Registered Mail, Return Receipt Requested upon:

| | |
|---|---|
| BME Enterprises LLC<br>c/o Jay Ginsberg, Esq.<br>Michael B. Kramer & Associates<br>150 East 58th Street, 12th Floor<br>New York, NY 10055 | Jonathan Smith p/k/a Lil John<br>c/o Jay Ginsberg, Esq<br>Michael B. Kramer & Associates<br>150 East 58th Street, 12th Floor<br>New York, NY 10055 |

by depositing the same in an official depository of the United States Postal Service located at 1221 Avenue of the Americas, New York, New York 10020.

    3.    Jay Ginsburg, attorney for BME Enterprises, LLC and Jonathan Smith p/k/a Lil John, represented to counsel for plaintiffs that he would accept service of process in the above-referenced manner.

_____
LORI VALLAT

Sworn to before me this
27th day of February, 2008

_____
NOTARY PUBLIC
PAMELA WARE
Notary Public-State of New York
No. 01WA6029634
Qualified in Kings County
Commission Expires August 23, 20 09

9987607\V-1