USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER BRIDGES p/k/a LUDACRIS, USHER RAYMOND IV p/k/a USHER, DISTURBING THA PEACE ENTERTAINMENT, INC., and FAST PACE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEEVEE TOONS INC., TVT RECORDS LLC, TEEVEE TOONS INC. d/b/a TVT RECORDS, TVT MUSIC INC. d/b/a TVT MUSIC PUBLISHING, BME ENTERPRISES LLC, BME RECORDINGS LLC, and JONATHAN SMITH p/k/a LIL JON, <br><br> Defendants. | CASE NO. 07 CV 10369 (DAB) <br><br> **STIPULATION AND ORDER SUBSTITUTING COUNSEL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the firm of Sonnenschein Nath & Rosenthal LLP and the firm of Mitchell Silberberg & Knupp LLP, pursuant to Local Civil Rule 1.4, that Mitchell Silberberg & Knupp LLP be substituted as counsel for plaintiffs Christopher Bridges p/k/a Ludacris, Usher Raymond p/k/a Usher, Disturbing Tha Peace Entertainment Inc., and Fast Pace Inc., and that Sonnenschein Nath & Rosenthal LLP shall withdraw as attorneys of record and be relieved of all further responsibility on behalf of said plaintiffs in the above-captioned action, effective upon entry of the Court's order approving this Stipulation.

1769119.1

DATED: New York, New York
March 17, 2008

| SONNENSCHEIN NATH & ROSENTHAL LLP | MITCHELL SILBERBERG & KNUPP LLP |
|---|---|
| By: *[signature]* <br> EDWARD J. REICH <br> 1221 Avenue of the Americas <br> New York, New York 10020 <br> Telephone: (212) 768-6700 <br> Facsimile: (212) 768-6800 | By: *[signature]* <br> Christine Lepera <br> 12 East 49th Street, 30th Floor <br> New York, New York 10017-1028 <br> Telephone: (212) 509-3900 <br> Facsimile: (212) 509-7239 |
| Attorneys for Plaintiffs Christopher Bridges p/k/a Ludacris, Usher Raymond p/k/a Usher, Disturbing Tha Peace Entertainment Inc., and Fast Pace Inc. | Proposed Substituted Attorneys for Plaintiffs Christopher Bridges p/k/a Ludacris, Usher Raymond p/k/a Usher, Disturbing Tha Peace Entertainment Inc., and Fast Pace Inc. |

Consented to:

_____

SO ORDERED:

_____
U.S.D.J.

2

Consented to:

_____
Christopher Bridges p/k/a Ludacris

_____
Disturbing Tha Peace Entertainment Inc.

3

1769119.1

_____
Usher Raymond p/k/a Usher

_____
Fast Pace Inc.


SO ORDERED:

_____
Deborah A. Batts
U.S.D.J.   4/15/08

4