UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CHRISTOPHER BRIDGES, p/k/a "LUDACRIS",
USHER RAYMOND VI, p/k/a "USHER",
DISTURBING THA PEACE ENT, INC.
and FAST PACE, INC.,

                       Plaintiffs,

        -against-                    07 Civ. 10369 (DAB)
                                        ORDER TO SHOW CAUSE

TEEVEE TOONS, INC., TVT RECORDS LLC,
TVT MUSIC, INC., d/b/a "TVT MUSIC PUBLISHING",
BME ENTERPRISES LLC, BME RECORDINGS LLC
and JONATHAN SMITH, p/k/a "LIL JOHN",

                       Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court's records indicate that all of the Defendants in this matter have been served. To date, the Defendants have failed to answer the Complaint. Despite the Defendants' default, Plaintiffs have failed to prosecute this action.

    Accordingly, if Plaintiffs fail either TO SHOW CAUSE or to move for Default Judgment against the Defendants by June 23, 2008, this case shall be dismissed, <u>with prejudice</u>, for failure to prosecute. See <u>Lyell Theatre Corp. v. Loews Corp.</u>, 682 F.2d 37, 42 (2d Cir. 1982) ("[T]he authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted." (quoting <u>Link v. Wabash R.R. Co.</u>, 370 U.S. 626, 629 (1962))).

SO ORDERED.

Dated:    New York, New York
           May 23, 2008

                                                  Deborah A. Batts
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2008