UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER BRIDGES p/k/a LUDACRIS, USHER RAYMOND IV p/k/a USHER, DISTURBING THA PEACE ENTERTAINMENT, INC., and FAST PACE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEEVEE TOONS INC., TVT RECORDS LLC, TEEVEE TOONS INC. d/b/a TVT RECORDS, TVT MUSIC INC. d/b/a TVT MUSIC PUBLISHING, BME ENTERPRISES LLC, BME RECORDINGS LLC, and JONATHAN SMITH p/k/a LIL JON, <br><br> Defendants. | CASE NO. 07 CV 10369 (DAB) <br><br> **STIPULATION** |



IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for plaintiffs Christopher Bridges p/k/a Ludacris, Usher Raymond IV p/k/a Usher, Disturbing Tha Peace Entertainment, Inc. and Fast Pace, Inc. and counsel for defendants TVT Music Inc. d/b/a TVT Music Publishing, BME Enterprises LLC, BME Recordings LLC and Jonathan Smith p/k/a Lil Jon, that the defendants' time to move, answer or otherwise respond to the complaint in the above-referenced action is extended until July 20, 2008.

The parties may execute this Stipulation in separate counterparts, each of which shall be deemed an original instrument.

1808251.1

Dated: New York, New York
       May 15, 2008

| MITCHELL SILBERBERG & KNUPP LLP | DREIER LLP |
|---|---|
| By: *(signature)* <br> Christine Lepera <br> 12 East 49th Street, 30th Floor <br> New York, New York 10017-1028 <br> Telephone: (212) 509-3900 <br> Facsimile: (212) 509-7239 | By: *(signature)* <br> Melanie J. Sacks <br> 499 Park Avenue <br> New York, New York 10022 <br> Telephone: (212) 328-6100 <br> Facsimile: (212) 328-6101 |
| Attorneys for Plaintiffs Christopher Bridges p/k/a Ludacris, Usher Raymond IV p/k/a Usher, Disturbing Tha Peace Entertainment, Inc. and Fast Pace, Inc. | Attorneys for Defendants TVT Music, Inc. d/b/a TVT Music Publishing |

MICHAEL B. KRAMER &
ASSOCIATES

By:_____
   Michael B. Kramer
   150 East 58th Street
   Suite 201
   New York, New York 10022
   Telephone: (212) 319-0304
   Facsimile: (212) 319-0545

Attorneys for Defendants BME
Enterprises LLC, BME Recordings LLC
and Jonathan Smith p/k/a Lil Jon

SO ORDERED:

_____
               U.S.D.J.

DATED: New York, New York
April 23, 2008

| | |
|---|---|
| MITCHELL SILBERBERG & KNUPP LLP | DREIER STEIN KAHAN BROWNE WOODS GEORGE LLP |
| By: _____<br>Christine Lepera<br>12 East 49th Street, 30th Floor<br>New York, New York 10017-1028<br>Telephone: (212) 509-3900<br>Facsimile: (212) 509-7239<br><br>Attorneys for Plaintiffs Christopher Bridges p/k/a Ludacris, Usher Raymond IV p/k/a Usher, Disturbing Tha Peace Entertainment, Inc. and Fast Pace, Inc. | By: _____<br>Mark D. Passin<br>The Water Garden, 1620 26th Street<br>6th Floor North Tower<br>Santa Monica, California 90404<br>Telephone: (310) 828-9050<br>Facsimile: (310) 828-9101<br><br>Attorneys for Defendants TeeVee Toons Inc., TVT Records LLC, TeeVee Toons Inc. d/b/a TVT Records, TVT Music Inc. d/b/a TVT Music Publishing |

MICHAEL B. KRAMER & ASSOCIATES

By: _____
Michael B. Kramer
150 East 58th Street
Suite 1201
New York, NY 10022
Telephone: (212) 319-0304
Facsimile: (212) 319-0545

Attorneys for Defendants BME Enterprises LLC, BME Recordings LLC and Jonathan Smith p/k/a Lil Jon

SO ORDERED:

*Deborah A. Batts*
U.S.D.J.   6/20/2008

2

1808251.1