USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER BRIDGES p/k/a LUDACRIS, USHER RAYMOND IV p/k/a USHER, DISTURBING THA PEACE ENTERTAINMENT, INC., and FAST PACE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEEVEE TOONS INC., TVT RECORDS LLC, TEEVEE TOONS INC. d/b/a TVT RECORDS, TVT MUSIC INC. d/b/a TVT MUSIC PUBLISHING, BME ENTERPRISES LLC, BME RECORDINGS LLC, and JONATHAN SMITH p/k/a LIL JON, <br><br> Defendants. | CASE NO. 07 CV 10369 (DAB) <br><br> **STIPULATION** |

WHEREAS, pursuant to a previous Stipulation between the parties that was "So Ordered" by the court, the time of defendants TVT Music Inc. d/b/a TVT Music Publishing, BME Enterprises LLC, BME Recordings LLC and Jonathan Smith p/k/a Lil Jon to move, answer or otherwise respond to the complaint in the above-referenced action was extended until July 20, 2008 to allow the parties time to attempt to settle the action;

WHEREAS, the parties are still engaged in settlement discussions and are concerned that if they are required to incur any additional legal fees in the action before the conclusion of those discussions, it will be more difficult to settle the matter;

///

///

///

971617_1.DOC

WHEREAS, the parties expect to be able within the next thirty (30) days to determine if the matter will be settled or the parties will have to proceed with the litigation;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for plaintiffs Christopher Bridges p/k/a Ludacris, Usher Raymond IV p/k/a Usher, Disturbing Tha Peace Entertainment, Inc. and Fast Pace, Inc. and counsel for defendants TVT Music Inc. d/b/a TVT Music Publishing, BME Enterprises LLC, BME Recordings LLC and Jonathan Smith p/k/a Lil Jon, that said defendants' time to move, answer or otherwise respond to the complaint in the above-referenced action is extended from July 20, 2008 to and including August 20, 2008 .

The parties may execute this Stipulation in separate counterparts, each of which shall be deemed an original instrument.

DATED: New York, New York
~~May 15,~~ 2008
July 17

| | |
|---|---|
| MITCHELL SILBERBERG & KNUPP LLP | DREIER LLP |
| By: *Christine Lepera* | By: *[signature]* |
| Christine Lepera | Melanie J. Sacks |
| 12 East 49th Street, 30th Floor | 499 Park Avenue |
| New York, New York 10017-1028 | New York, New York 10022 |
| Telephone: (212) 509-3900 | Telephone: (212) 328-6100 |
| Facsimile: (212) 509-7239 | Facsimile: (212) 328-6101 |
| Attorneys for Plaintiffs Christopher Bridges p/k/a Ludacris, Usher Raymond IV p/k/a Usher, Disturbing Tha Peace Entertainment, Inc. and Fast Pace, Inc. | Attorneys for Defendants TVT Music Inc. d/b/a TVT Music Publishing |

MICHAEL B. KRAMER & ASSOCIATES

By: _____
Michael B. Kramer
150 East 58th Street
Suite 1201
New York, New York 10022
Telephone: (212) 319-0304
Facsimile: (212) 319-0545

Attorneys for Defendants BME Enterprises LLC, BME Recordings LLC and Jonathan Smith p/k/a Lil Jon

SO ORDERED:

*Deborah A. Batts*
U.S.D.J.   7/24/2008