Robert J. Grand
Timothy A. Solomon
DREIER LLP
499 Park Avenue
New York, New York 10022
(2120 328-6100

and

Mark Passin
DREIER STEIN KAHAN BROWNE
WOODS GEORGE LLP
The Water Garden
1620 26th Street
6th Floor, North Tower
Santa Monica, California  90404
(424) 202-6040

*Attorneys for Defendant TVT Music Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
CHRISTOPHER BRIDGES p/k/a LUDACRIS,    :
USHER RAYMOND IV p/k/a USHER,          :
DISTURBING THA PEACE ENTERTAINMENT, :
INC., and FAST PACE, INC.,             :
                                                             :
                                                             :   Civil Action No.
                                                             :   07 CV 10369 (DAB)
                     Plaintiffs,                            :
                                                             :
         -against-                                          :
                                                             :
                                                             :   **RULE 7.1 DISCLOSURE**
                                                             :   **STATEMENT FOR**
TEEVEE TOONS INC., TVT RECORDS LLC,    :   **DEFENDANT TVT MUSIC**
TEEVEE TOONS INC. d/b/a TVT RECORDS,   :   **INC.**
TVT MUSIC INC. d/b/a TVT MUSIC         :
PUBLISHING, BME ENTERPRISES LLC, BME  :
RECORDINGS LLC, and JONATHAN SMITH     :
p/k/a LIL JON,                                         :
                                                             :
                     Defendants.                         :
-------------------------------------------------------------x

975641_1.DOC

2

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant TVT Music Inc. (a nongovernmental corporate party) certify that TVT Music Inc. is a wholly-owned subsidiary of TeeVee Toons Inc. d/b/a TVT Records (a chapter 11 debtor).

Dated:  New York, New York
         August 20, 2008

                                             DREIER LLP

                                             By:  /s/ Timothy A. Solomon
                                                   Robert J. Grand
                                                   Timothy A. Solomon
                                           499 Park Avenue
                                           New York, New York 10022
                                           (212) 328-6100

                                                     and

                                           DREIER STEIN KAHAN BROWNE
                                           WOODS GEORGE LLP

                                           Mark Passin
                                           The Water Garden
                                           1620 26th Street
                                           6th Floor, North Tower
                                           Santa Monica, California  90404
                                           (424) 202-6040

                                           *Attorneys for Defendant TVT Music Inc.*