## MEMO ENDORSED

### MICHAEL B. KRAMER & ASSOCIATES
ATTORNEYS AT LAW
150 EAST 58TH STREET
NEW YORK, NEW YORK 10155
TELEPHONE (212) 319-0304
FAX (212) 319-0545
WWW.MKRAMERLAW.COM

MICHAEL B. KRAMER*

RUBIN JAY GINSBERG*
MORGAN E. DOWNER*

*ADMITTED N.Y. & N.J.

OF COUNSEL:
ALLAN PASSIN

NEW JERSEY OFFICE

31 HIGHGATE TERRACE
BERGENFIELD, NJ 07621
(201) 501-0089

KINDLY REFER ALL CORRESPONDENCE
TO NEW YORK CITY OFFICE

August 20, 2008

Judge Deborah A. Batts
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2510
New York, NY 10007
Attn: Karina Williams
Fax No. (212) 805-7902



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/2008

MEMO ENDORSED

Re:   Christopher Bridges et al. v. Teevee Toons Inc. et al., Case No. 07 CV 10369 (DAB)

Your Honor:

    In accordance with the instructions from Karina Williams of your chambers, this letter is a written request for an adjournment of the time of Defendants BME Enterprises LLC, BME Recordings LLC, and Jonathan Smith p/k/a Lil Jon to answer in the above referenced action until Monday, August 25, 2008.

    Michael Kramer, the attorney responsible for handling the case, is in Scotland. The helicopter he was riding in, due to unforeseen circumstances, had to unexpectedly put down in the countryside, and Mr. Kramer, as I have been told through our spotty communication, is hours from his hotel and therefore unable to complete his final review and revisions/additions to the Answer within the present time provided.

    I spoke to Ms. Christine Lepere, attorney for the Plaintiffs, and asked for the extension until Monday. She stated that this was not a problem for her.

MEMO ENDORSED

MICHAEL B. KRAMER & ASSOCIATES

**MEMO EN**

*Granted*
*/s/ DAB*
*8/21/2008*

      Therefore, I respectfully ask under the circumstances for the Court to permit the requested extension of the time to submit the Answer until Monday.

Respectfully submitted,

Morgan Downer
MD3575

**MEMO ENDORSED**

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS        8/21/2008
UNITED STATES DISTRICT JUDGE