Michael B. Kramer [MK 7071]
MICHAEL B. KRAMER & ASSOCIATES
150 East 58th Street
New York, New York 10155
(212) 319-0304

*Attorneys for Defendants*
*BME ENTERPRISES LLC, BME RECORDINGS LLC, and*
*JONATHAN SMITH p/k/a LIL JON*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTOPHER BRIDGES p/k/a LUDACRIS,
USHER RAYMOND IV p/k/a USHER,
DISTURBING THA PEACE ENTERTAINMENT,
INC., and FAST PACE, INC.,

Case No.: 07 CV 10369

**RULE 7.1 STATEMENT**

Plaintiffs,

-against-

TEVEE TOONS INC., TVT RECORDS LLC,
TEEVEE TOONS INC. d/b/a TVT RECORDS,
TVT MUSIC INC. d/b/a TVT MUSIC PUBLISHING,
BME ENTERPISES LLC, BME RECORDINGS
LLC, and JONATHAN SMITH p/k/a LIL JON,

Defendants.
------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for BME ENTERPISES LLC, BME RECORDINGS LLC, and JONATHAN SMITH p/k/a LIL JON, (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties and/or subsidiaries of said parties, which are publicly held:

NONE

Dated: August 25, 2008
       New York, New York

_____
Michael B. Kramer [MK 7071]
MICHAEL B. KRAMER & ASSOCIATES
150 East 58th Street, Suite 1201
New York, New York 10155
(212) 319-0304

*Index No:* CV 10369 (DAB)          *Year* **2007**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
================================================================================

CHRISTOPHER BRIDGES p/k/a LUDACRIS, USHER RAYMOND IV p/k/a USHER, DISTURBING THA PEACE ENTERTAINMENT, INC., and FAST PACE INC.,

                       Plaintiffs,

        -against-

TEEVEE TOONS INC., TVT RECORDS LLC, TEEVEE TOONS INC. d/b/a TVT RECORDS LLC, TEEVEE TOONS INC. d/b/a TECORDS TVT MUSIC INC. d/b/a TVT MUSIC PUBLISHING, BME ENTERPRISES LLC, BME RECORDING LLC, and JONATHAN SMITH p/k/a LIL JON,

                       Defendants.

## RULE 7.1 STATEMENT

**MICHAEL B. KRAMER & ASSOCIATES**
*Attorneys for* Defendants
150 EAST 58TH STREET
SUITE 1201
NEW YORK, NEW YORK 10155
(212) 319-0304

---

*To:*
*Attorney(s) for*

---

*Service of a copy of the within*                                                        *is hereby admitted.*

*Dated:*

                                     *Attorney(s) for*

---

PLEASE TAKE NOTICE

☐    that the within is a (certified) true copy of a
      entered in the office of the clerk of the within named Court on

NOTICE OF ENTRY

☐    that an Order of which the within is a true copy will be presented for settlement to the Hon.
      one of the judges of the within named Court,
NOTICE OF SETTLEMENT    at
                               on                           20      , at              M.

*Dated:*

                                                   **MICHAEL B. KRAMER & ASSOCIATES**
                                                   *Attorneys for* Defendants
                                                   150 EAST 58TH STREET
                                                   SUITE 1201
                                                   NEW YORK, NEW YORK 10155
                                                   (212) 319-0304

G:\MBKA\LITBACKS\liljohn.v.ludacris and usher.wpd