Michael B. Kramer [MK 7071]
MICHAEL B. KRAMER & ASSOCIATES
150 East 58th Street
New York, New York 10155
(212) 319-0304

*Attorneys for Defendants*
*BME ENTERPRISES LLC, BME RECORDINGS LLC, and*
*JONATHAN SMITH p/k/a LIL JON*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHRISTOPHER BRIDGES p/k/a LUDACRIS,
USHER RAYMOND IV p/k/a USHER,
DISTURBING THA PEACE ENTERTAINMENT,
INC., and FAST PACE, INC.,

                    Plaintiffs,

    -against-

TEVEE TOONS INC., TVT RECORDS LLC,
TEEVEE TOONS INC. d/b/a TVT RECORDS,
TVT MUSIC INC. d/b/a TVT MUSIC PUBLISHING,
BME ENTERPISES LLC, BME RECORDINGS
LLC, and JONATHAN SMITH p/k/a LIL JON,

                    Defendants.

-----------------------------------------------------------------X

Case No.: 07 CV 10369

**AFFIDAVIT OF SERVICE OF RULE 7.1 STATEMENT**

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                           )ss.:
COUNTY OF NEW YORK  )

MORGAN E. DOWNER, being duly sworn, says:

I am over 18 years of age and reside at 150 East 58th Street, New York, New York.

On August 25, 2008, I caused to be delivered by hand a true copy of the annexed Rule 7.1 Statement at the address indicated below:

Christine Lepera, Esq.
Mitchell Silberberg & Knupp LLP
12 East 49th Street, 30th Floor
New York, New York 10017

_____
MORGAN E. DOWNER

Sworn to before me this
25th day of August, 2008

_____
Notary Public

**Eleni Patras**
**Commissioner Of Deeds**
City Of New York, No. 4-6124
Cert. Filed In New York County
Commission Expires March 1, 2009

G:\MBKA\AFFSERVS\liljohn.hand.wpd