Michael B. Kramer [MK 7071]
MICHAEL B. KRAMER & ASSOCIATES
150 East 58th Street
New York, New York 10155
(212) 319-0304

*Attorneys for Defendants*
*BME ENTERPRISES LLC, BME RECORDINGS LLC, and*
*JONATHAN SMITH p/k/a LIL JON*


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHRISTOPHER BRIDGES p/k/a LUDACRIS,
USHER RAYMOND IV p/k/a USHER,                    Case No.: 07 CV 10369
DISTURBING THA PEACE ENTERTAINMENT,
INC., and FAST PACE, INC.,                       **AFFIDAVIT OF SERVICE**
                                                 **OF ANSWER**
                          Plaintiffs,

        -against-

TEVEE TOONS INC., TVT RECORDS LLC,
TEEVEE TOONS INC. d/b/a TVT RECORDS,
TVT MUSIC INC. d/b/a TVT MUSIC PUBLISHING,
BME ENTERPISES LLC, BME RECORDINGS
LLC, and JONATHAN SMITH p/k/a LIL JON,

                          Defendants.

-----------------------------------------------------------------X

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK  )

      MORGAN E. DOWNER, being duly sworn, says:

      I am over 18 years of age and reside at 150 East 58th Street, New York, New York.

      On August 25, 2008, I caused to be delivered by hand a true copy of the annexed Answer at the address indicated below:

      Christine Lepera, Esq.
      Mitchell Silberberg & Knupp LLP
      12 East 49th Street, 30th Floor
      New York, New York 10017

                    MORGAN E. DOWNER

Sworn to before me this
25th day of August, 2008

_____
    Notary Public
        Eleni Patras
    Commissioner Of Deeds
  City Of New York. No. 4-6124
  Cert. Filed In New York County
  Commission Expires March 1, 2029

G:\MBKA\AFFSERVS\liljohn.hand.wpd