BATTS

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/03/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER BRIDGES p/k/a LUDACRIS,
USHER RAYMOND IV p/k/a USHER,
DISTURBING THA PEACE ENTERTAINMENT,
INC., and FAST PACE, INC.

　　　　　　　　　　　Plaintiffs,

　　- against -

TEEVEE TOONS INC., TVT RECORDS LLC,
TEEVEE TOONS INC. d/b/a TVT RECORDS,
TVT MUSIC INC d/b/a TVT MUSIC
PUBLISHING, BME ENTERPRISES LLC, BME
RECORDINGS LLC, and JONATHAN SMITH
p/k/a LIL JON

　　　　　　　　　　　Defendants.

Case No. 07 CV 10369 (DAB)

STIPULATION AND
[PROPOSED] ORDER SETTING
NEW BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel to the parties in the above captioned matter, as follows:

(1) Plaintiffs' time to respond or oppose Defendant TVT Music Inc.'s Notice of Motion to Dismiss and for More Definite Statement is extended until October 2, 2008; and

(2) Defendant, TVT Music Inc.'s time to reply to Plaintiff's opposition or response is extended until October 20, 2008.

There have not been any prior requests for adjourning the parties' respective deadlines under the local rules to submit papers in connection with the above motion.

1940281.2

Dated: August 28, 2008

MITCHELL SILBERBERG & KNUPP LLP

*/s/ Christine Lepera*
Christine Lepera
12 E. 49th Street
30th Floor
New York, NY 10017
(917) 546-7703
*Attorneys for the Plaintiffs Christopher Bridges p/k/a Ludacris, Usher Raymond IV p/k/a Usher, Disturbing Tha Peace Entertainment, Inc., and Fast Pace, Inc.*

DREIER LLP

*/s/ Robert J. Grand*
Robert J. Grand
Timothy A. Solomon
499 Park Avenue
New York, New York 10022
(212) 328-6100
*Attorneys for Defendant TVT Music Inc.*

SO ORDERED,
this 3 day of September, 2008

*/s/ Deborah A. Batts*
U.S.D.J.

19462512                                    2